# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:07CR453 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR RELEASE |
| v. ) | |
| ) | |
| TIMOTHY J. TUTTLE, ) | |
| ) | |
| Defendant. ) | |

The Court previously ordered that the conditions of supervision herein be modified for the Defendant to reside in a residential re-entry center for a period of up to 120 days in the correctional component, to commence at the direction of the probation officer and that the Defendant observe the rules of such facility.  **See** Filing No. 58.

The Court is advised that the Bristol Station facility in Hastings, Nebraska, can accept the Defendant for such placement beginning April 13, 2012, and that family members of the Defendant can transport the Defendant from the Hruska United States Courthouse to the Bristol Station facility on April 13, 2012.

**IT IS ORDERED** that the Defendant be released from U.S. Marshal custody at the Hruska United States Courthouse on April 13, 2012, for entry to Bristol Station Residential Re-entry Center, 101 South Hastings Avenue, Hastings, Nebraska 68901, pursuant to his terms of supervised release as previously modified.

DATED this 11th day of April, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge